# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 88 C 7809 | **DATE** | June 18, 2008 |
| **CASE TITLE** | Investors Equity Corporation v. Barry C. Haigh, et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to LR79.1(c)(2), exhibits deposited with the clerk shall be removed by the party responsible for them. The defendants in this case are given to **July 1, 2008** to remove the Exzhibits filed 02/13/90 (Doc. No. 260). Parties are to contact the Clerk of Court with respect to instructions on how to retrieve said documents. The Clerk of Court is given authority to destroy these documents in his possession if they are not retrieved by the close of business **7/1/08.**

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|